

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2016

No. 04-16-00087-CV

Guamnetta M. **BRIGGS**,
Appellant

v.

**BANK OF AMERICA** and Federal National Mortgage Association,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-13120
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her amended brief is granted. We order appellant, Guamnetta Briggs, to file her amended brief by August 25, 2016. If a timely amended brief that corrects the deficiencies noted in this court's July 25, 2016 order is not filed, we "may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief." See TEX. R. APP. P. 38.9(a). This may include dismissal of this appeal for want of prosecution. Id. R. 38.8(a)(1); *Elizondo v. City of San Antonio*, 975 S.W.2d 61, 63 (Tex. App.—San Antonio 1998, no pet.). Appellant is advised that further extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court